NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN K. SINGLETARY,
DOC #491402,

        Appellant,

v.                         Case No. 2D20-4032

STATE OF FLORIDA,

        Appellee.
_____

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Brian K. Singletary, pro se.

PER CURIAM.


        Affirmed.


KELLY, LaROSE, and BLACK, JJ., Concur.